**IN THE UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Charter Township of Canton, City of Livonia, Charter Township of Northville, City of Romulus, Charter Township of Van Buren, City of Wayne, and Charter Township of Huron, Michigan*;<br>1:18-op-46134 (N.D. Ohio) | **MDL No. 2804**<br><br>**Case No. 1:17-md-2804**<br><br>**Judge Dan Aaron Polster** |

**PLAINTIFF'S NOTICE OF FILING WAIVERS OF SERVICE**

COMES NOW Plaintiff [Plaintiff], by and through undersigned counsel, and gives Notice of Filing Waivers of Service pursuant to Federal Rule of Civil Procedure 4(d), attached as Composite Exhibit A, against the following Defendants:

AmerisourceBergen Drug Corporation

Cardinal Health, Inc.

McKesson Corporation

Purdue Pharma L.P.

Purdue Pharma, Inc.

The Purdue Frederick Company, Inc.

Johnson & Johnson

Janssen Pharmaceuticals, Inc.

Ortho-McNeil-Janssen Pharmaceuticals, Inc., n/k/a Janssen Pharmaceuticals, Inc.

Janssen Pharmaceutica Inc., n/k/a Janssen Pharmaceuticals, Inc.

Noramco, Inc.

Endo Health Solutions Inc.

Endo Pharmaceuticals, Inc.

TEVA Pharmaceutical Industries, LTD

TEVA Pharmaceuticals USA, Inc.

Cephalon, Inc.

Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.

Watson Laboratories, Inc.

Actavis LLC

Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.

Mallinckrodt PLC

Mallinckrodt LLC

INSYS Therapeutics, Inc.

CVS Health Corporation

RiteAid of Maryland, Inc

The Kroger Company

Par Pharmaceutical, Inc.

Par Pharmaceutical Companies, Inc.

SpecGX LLC

Walmart Inc. or Wal-Mart Stores East, LP

Date: __5/31/2019__                              RESPECTFULLY SUBMITTED:

                                         By:  /s/J. Burton LeBlanc, IV
                                              J. Burton LeBlanc, IV
                                              **Baron & Budd, P.C.**
                                              3102 Oak Lawn Avenue, Suite 1100
                                              Dallas, TX 75219
                                              and
                                              2600 CitiPlace Suite 400
                                              Baton Rouge, LA 70808
                                              Tel.: 800-347-2392
                                              Email: bleblanc@baronbudd.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on 5/31/2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Date: __5/31/2019__                              /s/J. Burton LeBlanc, IV
                                                 J. Burton LeBlanc, IV