**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) | MDL No. 2804 |
| | ) | Case No. 1:17:md-2804 |
| THIS DOCUMENT RELATES TO: | ) ) | |
| *Charter Township of Canton, City of Livonia, Charter Township of Northville, City of Romulus, Charter Township of Van Buren, City of Wayne, And Charter Township of Huron, Michigan v. Purdue Pharma, LP, et al.,* | ) ) ) ) ) ) | Judge Dan Aaron Polster |
| 1:18-op-46096 | ) ) | |

**PLAINTIFF'S NOTICE OF FILING EXECUTED WAIVERS OF SERVICE
FOR SHORT FORM AMENDED COMPLAINT**

COMES NOW Plaintiff, by and through undersigned counsel, and gives **Notice of Filing Executed Waivers of Service for Short Form Amended Complaint** pursuant to Federal Rule of Civil Procedure 4(d), attached as exhibits, against the following Defendants:

1. Harvard Drug Group LLC (The)
2. Meijer, Inc.

Dated:   April 16, 2021                   Respectfully submitted,

s/Anthony J. Majestro
Anthony J. Majestro (WVSB 5165)
POWELL & MAJESTRO, PLLC
405 Capitol Street, Suite P1200
Charleston, WV  25301
Phone:  304-346-2889
Fax:      304-346-2895
amajestro@powellmajestro.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2021, a copy of the foregoing **NOTICE OF FILING EXECUTED WAIVERS OF SERVICE FOR SHORT-FORM AMENDED COMPLAINT** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

s/Anthony J. Majestro
Anthony J. Majestro (WVSB 5165)

2